UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melissa Rae Gierman,<br><br>             Plaintiff,<br><br>     v.<br><br>Commissioner of Social Security,<br><br>             Defendant. | CASE NO.: 1:25-cv-00186-GSA<br><br>**ORDER REMANDING CASE TO THE COMMISSIONER OF SOCIAL SECURITY PURSUANT TO 42 U.S.C. § 405(G) SENTENCE FOUR** |

As stipulated (ECF No. 15), it is **ORDERED** that this action be remanded to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

The Clerk of the Court is **DIRECTED** to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:  **July 22, 2025**                          /s/ Gary S. Austin
                                                              UNITED STATES MAGISTRATE JUDGE